IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*<br><br>*Plaintiffs,*<br>v.<br><br>FAIR HAVENS CENTER, LLC<br><br>*Defendant.* | Case No. 1:20-cv-01075<br>Judge Trevor N. McFadden |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs the Service Employees International Union National Industry Pension Fund and its Trustees, by the undersigned counsel, hereby voluntarily dismiss the above-referenced case without prejudice. The Defendant has served neither an answer nor a motion for summary judgment in this matter.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal is without prejudice because Plaintiffs have not previously dismissed any federal or state court action based on or including the same claim.

Respectfully Submitted,

 /s/  Olga Metelitsa Thall
Olga Metelitsa Thall (DC Bar No. 1016248)
Mooney, Green, Saindon, Murphy
 & Welch, P.C.
1920 L Street, N.W. Suite 400
Washington, D.C. 20036
(202) 783-0010
omthall@mooneygreen.com

Date: June 30, 2020

*Counsel for Plaintiffs*

1